UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-cv-61080-Cohn/Seltzer

ANDREW RUBIN, Ph. D. and NEW
DIRECTIONS HOLDINGS, LLC, on
their own behalf and on behalf of their
patients and residents,

    Plaintiffs,

v.

THE TOWNEHOMES OF DEER CREEK
HOMEOWNERS ASSOCIATION, INC.,
a Florida corporation,

    Defendant.

_____/

**PLAINTIFFS' NOTICE OF FILING EXHIBIT "K" TO PLAINTIFFS' MOTION TO COMPEL BETTER RESPONSES TO INTERROGATORIES AND OVERRULE OBJECTIONS, REQUEST FOR ATTORNEYS' FEES AND EXPENSES FROM DEFENDANT, MEMORANDUM OF LAW, AND CERTIFICATE OF COUNSEL**

    Plaintiffs, Andrew Rubin, Ph.D. and New Directions Holdings, LLC hereby file Exhibit "K" to Plaintiffs' Motion to Compel Better Responses to Interrogatories and Overrule Objections, Request for Attorneys' Fees and Expenses from Defendant, Memorandum of Law, and Certificate of Counsel [D.E. 25] filed November 10, 2015.

Respectfully submitted,

s/ James K. Green
Florida Bar No: 229466
John F. Pauly
Florida Bar No: 972746
JAMES K. GREEN, P.A.
Suite 1650, Esperanté
222 Lakeview Ave.
West Palm Beach, FL 33401
(561) 659-2029 (telephone)

> (561) 655-1357 (facsimile)
> jameskgreen@bellsouth.net
> johnpauly@gmail.com
> *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via electronic transmission to Scott Bassman, Esq., (sab@csklegal.com) and Joseph Cobo, Esq., (Joseph.Cobo@csklegal.com) Cole Scott & Kissane, P.A., 110 Tower, 110 S.E. 6th Street, Suite 1850 Ft. Lauderdale, FL 33301, this 11th day of November, 2015.

s/ James K. Green