UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-61080-CIV-COHN/SELTZER

ANDREW RUBIN, Ph.D. and NEW
DIRECTIONS HOLDINGS, LLC, on
their own behalf and on behalf of their
patients and residents,

    Plaintiffs,

vs.

THE TOWNHOMES OF DEER CREEK
HOMEOWNERS ASSOCIATION, INC.,
A Florida corporation,

    Defendant.
_____/

## ORDER

**THIS CAUSE** has come before the Court upon the Plaintiffs' Motion to Compel Responses, or Better Responses, to Plaintiffs' First Request to Produce Records and to Overrule Defendant's Objections, Request for Attorneys' Fees and Expenses from Defendant [DE 26].  This motion arises from the Plaintiffs' First Request to Produce Records served on the Defendant on September 1, 2015.  Defendant timely responded and raised numerous objections.  The parties have extensively briefed the issues, and the Court has reviewed the Request to Produce, the responses thereto, and the parties' memoranda.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Motion to Compel Responses, or Better Responses, to Plaintiffs' First Request to Produce Records and to Overrule Defendant's Objections, Request for Attorneys' Fees and Expenses from Defendant [DE 26] is **GRANTED IN PART and DENIED IN PART,** as follows:

Plaintiffs' Request 1.  **GRANTED IN PART; DENIED IN PART.**  Defendant shall produce responsive records limited to the time period that Plaintiffs owned "the Residence."

Plaintiffs' Request 3.  **GRANTED IN PART; DENIED IN PART.**  Defendant shall produce responsive records from 2010 to the present; Defendant shall prepare a privilege log for any documents to which a privilege is claimed.

Plaintiffs' Request 4.  **GRANTED IN PART; DENIED IN PART.**  Defendant shall produce responsive records from 2010 to the present.

Plaintiffs' Request 5.  **GRANTED IN PART; DENIED IN PART.**  Defendant shall produce responsive records available to Defendant from 2010 to the present.  The terms "self-evaluation and transition plans" are not defined and are therefore vague and ambiguous and not capable of response.

Plaintiffs' Request 7.  **GRANTED.**

Plaintiffs' Request 8.  **GRANTED.**

Plaintiffs' Request 9.  **GRANTED.**  Defendant shall prepare a privilege log for any documents to which a privilege is claimed.

Plaintiffs' Request 10.  **GRANTED.**

Plaintiffs' Request 13.  **DENIED.**

Plaintiffs' Request 14.  **GRANTED.**  Defendant shall prepare a privilege log for any documents to which a privilege is claimed.

Defendant shall produce responsive documents in accordance with this Order no later than March 25, 2016.

The parties' respective requests for fees and costs incurred in connection with the filing of this motion are **DENIED.**

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 17th day of March, 2016.

BARRY S. SELTZER
United States Magistrate Judge